UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SHANE OWEN STEWART            :

    Petitioner                 :      CIVIL ACTION NO. 3:17-0893

   v.                              :           (JUDGE MANNION)

                                              :

TAMMY FERGUSON,
                                              :

    Respondent                :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: February 9, 2021**
17-0893-01-ORDER